FILED: December 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2316
(3:14-cv-00017-NKM-JCH)

_____

HOLLY J. FOSTER

       Plaintiff - Appellant

v.

WELLS FARGO BANK, N.A.

       Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule and docketing statement as follows:

    Docketing statement due:  03/13/2015

    Appendix due: 03/13/2015

    Opening brief due: 03/13/2015

    Response brief due: 04/20/2015

    Any reply brief: 14 days from service of response brief.

                             For the Court--By Direction

                             /s/ Patricia S. Connor, Clerk